UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIMON FINGER, M.D.<br><br>VERSUS<br><br>HARRY R. JACOBSON, M.D., DOUGLAS L. KOPPANG, JR., STEVEN T. JOHNSON, MEDCARE INVESTMENT CORPORATION, AND CARDIOVASCULAR CARE GROUP, INC. | CIVIL ACTION<br><br>NO. 17-CV-02893-GGG-DMD<br><br>SECTION: "T"(3) |

## *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO STRIKE AND MOTION IN LIMINE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Harry R. Jacobson, M.D., Douglas L. Koppang, Jr., Steven T. Johnson, MedCare Investment Fund V, L.P., and Cardiovascular Care Group, Inc. (collectively "**Defendant**s"), and respectfully file this *Ex Parte* Motion for Expedited Consideration of Defendants' Motion to Strike and Motion in Limine. [R. Doc. 104]. As set forth in Defendants' underlying motion [R. Doc. 104], Plaintiff, Dr. Simon Finger ("**Dr. Finger**") has violated the Court's orders regarding Initial Disclosures, expert reports, and discovery, and Defendants have requested that Dr. Finger's belated disclosures and experts be stricken from the record and the evidence in support thereof be suppressed at trial.

On December 16, 2019, the parties engaged in a court-ordered mediation that did not result in a settlement of their issues. Trial is currently set for February 4, 2020. Because the parties have not yet resolved this dispute, they must now move forward with trial preparation, and time is of the essence. Accordingly, Defendants respectfully request expedited consideration of its Motion to Strike and Motion in Limine.

**WHEREFORE,** Defendants respectfully request that the Court expeditiously consider its Motion to Strike and Motion in Limine.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By**:/s/** *Jonathan A. Moore*
   Brett P. Furr (#17572)
   Thomas R. Peak (#14300)
   Jonathan A. Moore (#34686)
   450 Laurel Street, 8th Floor (70801)
   P.O. Box 2471
   Baton Rouge, LA 70821
   Phone: (225) 387-3221
   Fax: (225) 346-8049
   Brett.furr@taylorporter.com
   Tom.peak@taylorporter.com
   Jonathan.moore@taylorporter.com
   *Counsel for Defendants*

## CERTIFICATE

The undersigned hereby certifies that on this 23rd of December, 2019, a true and correct copy of the aforementioned motion was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

                                                 */s/ Jonathan A. Moore*
                                                 Jonathan A. Moore