## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIMON FINGER, M.D. | : |
| | : |
| VERSUS | : CIVIL ACTION |
| | : |
| HARRY R. JACOBSON, M.D., DOUGLAS L. KOPPANG, JR., STEVEN T. JOHNSON, MEDCARE INVESTMENT CORPORATION, AND CARDIOVASCULAR CARE GROUP, INC. | : NO. 17-CV-02893-GGG-DMD : SECTION: "T"(3) : : : |

## ORDER

Considering the *Ex Parte Motion for Expedited Consideration of Defendants' Motion to Strike and Motion in Limine* filed by Defendants, Harry R. Jacobson, M.D., Douglas L. Koppang, Jr., Steven T. Johnson, MedCare Investment Fund V, L.P., and Cardiovascular Care Group, Inc.:

**IT IS ORDERED** that the Motion is hereby **GRANTED.**

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
JUDGE GREG G. GUIDRY