UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SIMON FINGER, M.D.** | : <br> : <br> : |
| **VERSUS** | : **CIVIL ACTION** <br> : |
| **HARRY R. JACOBSON, M.D., DOUGLAS L. KOPPANG, JR., STEVEN T. JOHNSON, MEDCARE INVESTMENT CORPORATION, AND CARDIOVASCULAR CARE GROUP, INC.** | : **NO. 17-CV-02893-GGG-DMD** <br> : <br> : **SECTION: "T"(3)** <br> : <br> : <br> : |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendants, Harry R. Jacobson, M.D., Douglas L. Koppang, Jr., Steven T. Johnson, MedCare Investment Fund V, L.P., and Cardiovascular Care Group, Inc. (collectively "**Defendant**s") have filed an *Ex Parte Motion for Expedited Consideration on Defendants' Motion to Strike and Motion in Limine* in this matter and hereby notice such motion for submission before The Honorable Judge Greg G. Guidry, United States Courthouse, 500 Poydras Street, Courtroom C552, New Orleans, Louisiana, on Wednesday, January 8, 2020, at 10:00 o'clock a.m.  In accordance with Local Rule 7.2 of the Local Rules for the United States Eastern District Court of Louisiana, the motion is to be decided on the memoranda submitted by the parties unless otherwise ordered by the Court.

2241218v.1

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: **/s/ *Jonathan A. Moore*_____**
    Brett P. Furr (#17572)
    Thomas R. Peak (#14300)
    Jonathan A. Moore (#34686)
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821
    Phone: (225) 387-3221
    Fax: (225) 346-8049
    Brett.furr@taylorporter.com
    Tom.peak@taylorporter.com
    Jonathan.moore@taylorporter.com
    ***Counsel for Defendants***

## CERTIFICATE

The undersigned hereby certifies that on this 23rd of December, 2019, a true and correct copy of the aforementioned motion was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

                                                              ***/s/ Jonathan A. Moore***_____
                                                              Jonathan A. Moore